AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowman, Leslie A. | U.S. District Court - Arizona | 07/05/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3170
Tucson, Arizona 85701-5054

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Physician, self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Ocwen Loan Servicing, LLC | Mortgage on Rental Property, Pima County (Pt. VII, line 5) | None |
| 2. | Merrill Lynch | Mortgage on Rental Property, Pima County (Pt. VII, line 6) | N |
| 3. | Merrill Lynch | Mortgage on Rental Property, Los Angeles County (Pt. VII, line 7) | O |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Account (Y) | | | | | | | | | |
| 2. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 3. Capital One Accounts | A | Interest | L | T | | | | | |
| 4. Bank of America Account | A | Interest | J | T | | | | | |
| 5. Rental Property #1, Pima County, AZ | | None | | | Sold | 04/14/16 | N | | Paul and Erin Lyons |
| 6. Rental Property #2, Pima County, AZ | D | Rent | M | W | | | | | |
| 7. Rental Property #3, Los Angeles County, CA | F | Rent | P1 | W | | | | | |
| 8. Diversified Van Inst Indx Plus | A | Dividend | J | T | Buy (add'l) | 07/12/16 | J | | |
| 9. | | | | | Sold (part) | 12/20/16 | J | A | |
| 10. Diversified Vanguard SmCap Indx Plus | A | Dividend | J | T | Sold (part) | 07/12/16 | J | A | |
| 11. | | | | | Sold (part) | 12/20/16 | J | A | |
| 12. | | | | | | | | | |
| 13. Vanguard Institutional Indx | A | Dividend | L | T | | | | | |
| 14. Vanguard Prime Money Market Sweep Account | A | Interest | J | T | | | | | |
| 15. Vanguard Health Care Fd Investor Shares | B | Dividend | K | T | | | | | |
| 16. Vanguard Large Cap Indx Fd Adm Shares | C | Dividend | M | T | | | | | |
| 17. Vanguard Small Cap Indx Fd Adm Shares | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total International Stock Indx Fd Adm Shares | B | Dividend | K | T | Sold (part) | 06/20/16 | L | | |
| 19. Apple | A | Dividend | K | T | | | | | |
| 20. Vanguard S & P 500 Index ETF | B | Dividend | M | T | | | | | |
| 21. Vanguard Consumer Discretionary ETF | B | Dividend | L | T | | | | | |
| 22. Vanguard Small Cap ETF | B | Dividend | M | T | | | | | |
| 23. Vanguard Healthcare ETF | B | Dividend | M | T | | | | | |
| 24. Vanguard Financials ETF | B | Dividend | M | T | | | | | |
| 25. UBS Money Market | A | Dividend | J | T | | | | | |
| 26. Vanguard Total Stock Mkt ETF | B | Dividend | M | T | | | | | |
| 27. Vanguard Information Tech ETF | B | Dividend | M | T | | | | | |
| 28. Vanguard 500 Index Fund ADM | A | Dividend | | | Sold | 04/07/16 | K | B | |
| 29. Vanguard Extended Mkt ETF | B | Dividend | M | T | Sold (part) | 06/20/16 | M | D | |
| 30. Vanguard Total International ETF | C | Dividend | M | T | Sold (part) | 02/19/16 | K | | |
| 31. Vanguard Value Index Fund | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 32. Vanguard FTSE All World EXUS | A | Dividend | | | Sold | 04/07/16 | J | B | |
| 33. Vanguard Sm Cap Value Index | A | Dividend | | | Sold | 04/07/16 | J | B | |
| 34. Vanguard Dividend Appreciation ETF | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 36. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 37. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 38. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 39. | | | | | Buy (add'l) | 07/14/16 | J | | |
| 40. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 41. Alphabet Inc Cl A | | None | J | T | Buy | 12/07/16 | J | | |
| 42. Anheuser Busch | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 43. Microsoft | A | Dividend | K | T | Buy | 06/20/16 | J | | |
| 44. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 45. Union Pacific | A | Dividend | K | T | Buy | 06/20/16 | J | | |
| 46. McDonalds | | None | | | Buy | 06/20/16 | J | | |
| 47. | | | | | Sold | 08/11/16 | J | | |
| 48. Abbvie | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 49. Accelerate Diag | | None | K | T | Buy | 02/19/16 | K | | |
| 50. Cisco | A | Dividend | K | T | Buy | 06/20/16 | J | | |
| 51. | | | | | Buy (add'l) | 12/07/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Duke Energy | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 53. Intel Corp | | None | J | T | Buy | 12/07/16 | J | | |
| 54. Proctor & Gamble | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 55. Target | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 56. Toronto Dom | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 57. United Parcel | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 58. Verizon | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 59. Powershares S & P 500 Quality ETF | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 60. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 61. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 62. T. Rowe Price Bluechip Growth | | None | K | T | Buy | 04/13/16 | K | | |
| 63. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 64. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 65. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 66. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 67. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 68. | | | | | Buy (add'l) | 10/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Thornburg Global Opportunities | | None | K | T | Buy | 04/13/16 | J | | |
| 70. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 71. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 72. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 73. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 74. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 75. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 76. Vanguard Midcap Growth | | None | J | T | Buy | 04/13/16 | J | | |
| 77. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 78. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 79. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 80. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 81. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 82. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 83. Vanguard Small Cap Growth | | None | K | T | Buy | 04/13/16 | J | | |
| 84. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 85. | | | | | Buy (add'l) | 06/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 87. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 88. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 89. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 90. Fidelity Real Estate | | None | J | T | Buy | 04/13/16 | J | | |
| 91. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 92. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 93. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 94. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 95. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 96. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 97. Ivy Global Natural Resources | | None | J | T | Buy | 04/13/16 | J | | |
| 98. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 99. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 100. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 101. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 102. | | | | | Buy (add'l) | 08/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 104. Ivy Science and Technology | None | | J | T | Buy | 04/13/16 | J | | |
| 105. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 106. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 107. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 108. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 109. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 110. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 111. JP Morgan IT Core Bond Portfolio | None | | J | T | Buy | 11/10/16 | J | | |
| 112. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 113. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 114. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 115. ClearBridge Variable Sm Cap Growth Fund | None | | J | T | Buy | 11/10/16 | J | | |
| 116. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 117. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 118. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 119. Delaware VIP Emerging Mkt Series | None | | J | T | Buy | 11/10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 121. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 122. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 123. Delaware VIP REIT Series | None | J | T | | Buy | 11/10/16 | J | | |
| 124. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 125. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 126. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 127. Delaware VIP Sm Cap Value Series | None | J | T | | Buy | 11/10/16 | J | | |
| 128. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 129. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 130. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 131. LVIP Clarion Global Real Estate Fund | None | J | T | | Buy | 11/10/16 | J | | |
| 132. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 133. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 134. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 135. LVIP MFS International Growth Fund | None | J | T | | Buy | 11/10/16 | J | | |
| 136. | | | | | Buy (add'l) | 11/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 138. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 139. LVIP SSgA Dev. International 150 (Standard Class) | None | | J | T | Buy | 11/10/16 | J | | |
| 140. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 141. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 142. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 143. LVIP SSgA S & P 500 Index Fund (Standard Class) | None | | J | T | Buy | 11/10/16 | J | | |
| 144. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 145. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 146. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 147. LVIP T. Rowe Price Structured Mid Cap Growth Fund | None | | J | T | Buy | 11/10/16 | J | | |
| 148. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 149. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 150. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 151. LVIP Vanguard International Equity ETF | None | | J | T | Buy | 11/10/16 | J | | |
| 152. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 153. | | | | | Buy (add'l) | 12/09/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 155. LVIP Wellington Mid Cap Value Fund | | None | J | T | Buy | 11/10/16 | J | | |
| 156. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 157. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 158. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 159. PIMCO VIT Commodity Real Return Strategy Portfolio (Admin Class) | | None | J | T | Buy | 11/10/16 | J | | |
| 160. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 161. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 162. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 163. Templeton Global Bond VIP Fund (Class 1) | | None | J | T | Buy | 11/10/16 | J | | |
| 164. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 165. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 166. | | | | | Buy (add'l) | 12/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI., line 1 from the 2015 report mistakenly listed the value of the property, not the value of the mortgage liability. It should have been "O" and has been corrected on the current report.

Part VII, line 10 from the 2015 report was a duplicate of line 8. Vanguard Institutional Index has been combined with Diversified Vanguard Institutional Index Plus on line 8 of the 2016 report.

Per the Committee's letter dated June 12, 2017, I have amended my Financial Disclosure Report as follows:

(Based on the Committee's inquiry I reviewed all entries on the report and found 5 errors in addition to the one identified by the Committee. Those have been corrected in the amended report.)

Part VII, line 12, Vanguard Total International Stock Indx is deleted as it was a duplicate of the fund listed on line 18.

Part VII, lines 18, 29 and 30 are amended to show partial sales that were accidentally ommitted in the 2016 report.

Part VII, line 18 - Item D(4) is blank because the investment was transferred to my current financial advisor from a prior fiduciary. I have been unable to determine the cost basis and, therefore, cannot determine if there was a gain or loss. Rather than guess, I left it blank.

Part VII, line 44 is amended to show the additional buy occurred on 12/07/16. The report showed the purchase occurring on 12/27/16. That was a typographical error.

Part VII, line 49 is amended to show that the buy on 2/19/16 should have been valued as "K" rather than "J", in column D(3).

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 07/05/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Bowman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544